HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
holly.cheong@troutman.com
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213-928-9800
Facsimile: 213-928-9850
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc*

TROUTMAN PEPPER LOCKE LLP
8985 S. EASTERN AVENUE
STE. 200
LAS VEGAS, NV 89123

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

RASHCELL MERCER,

Plaintiff,

vs.

LEXISNEXIS RISK SOLUTIONS INC.,

Defendant.

Case No.: 2:26-cv-02817-MDC

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**FIRST REQUEST**

Pursuant to Local Rules LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Rashcell Mercer ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), (collectively, the "Parties") together bring this Stipulation for Extension for Time to Respond to Plaintiff's Complaint. This is the Parties' first request for an extension. In support of this Stipulation, the Parties state as follows:

1. On September 4, 2026, Plaintiff filed a Complaint against Defendant LexisNexis Risk. (Dkt No. 1)

2. LexisNexis Risk was served with the Complaint on September 15, 2026. (Dkt No. 7)

3. LexisNexis Risk's deadline to respond to the Complaint is October 6, 2026.

4. Counsel for LexisNexis Risk was recently engaged and requires additional time to adequately review the allegations in the Complaint and prepare an appropriate response.

TROUTMAN PEPPER LOCKE LLP
8985 S. EASTERN AVENUE
STE. 200
LAS VEGAS, NV 89123

5. On September 21, 2026, counsel for LexisNexis Risk conferred with counsel for Plaintiff regarding an extension. Plaintiff did not oppose LexisNexis Risk's request.

6. The extension does not alter any deadlines or events set by the Court, was not made for purposes of delay, and will not prejudice Plaintiff. This is the Parties' first stipulation for an extension.

7. Plaintiff and LexisNexis Risk hereby stipulate to a twenty-one (21) day extension of time for LexisNexis Risk to respond to Plaintiff's Complaint. LexisNexis Risk shall have until October 27, 2026, to file its responsive pleading.

Wherefore, LexisNexis Risk respectfully requests that the Court enter an Order providing LexisNexis Risk with an extension of time up to and including October 27, 2026 to file its response to Plaintiff's Complaint.

Dated: September 22, 2026

*/s/ Michael Yancey III*
Michael Yancey III, NV #16158
*Attorney for Plaintiff Rashcell Mercer*

Dated: September 22, 2026

*/s/ Holly E. Cheong*
Holly E. Cheong
*Attorney for Defendant LexisNexis Risk Solutions.*

**ORDER**

**IT IS SO ORDERED:**

______________________________
Honorable Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: September 23, 2026